1  CENTER FOR DISABILITY ACCESS
   Raymond Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
3  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
4  (858) 375-7385; (888) 422-5191 fax
   amandas@potterhandy.com
5  Attorneys for Plaintiff RAFAEL ARROYO, JR.

6

7                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
8

9  RAFAEL ARROYO, JR.                    )  Case No.: 5:20-CV-02162-JGB-KK
                                         )
10         Plaintiff,                    )  **NOTICE OF SETTLEMENT AND**
                                         )  **REQUEST TO VACATE ALL**
11     v.                                )  **CURRENTLY SET DATES**
                                         )
12                                       )
   FONTANA SIERRA CORPORATION, a         )
13 California Corporation; THRIFTY       )
   PAYLESS, INC., a California           )
14 Corporation; and Does 1-10,          )
                                         )
15         Defendants.                   )
                                         )
16

17        The plaintiff hereby notifies the court that a provisional settlement has been

18 reached in the above-captioned case. The Parties would like to avoid any additional

19 expense while they focus efforts on finalizing the terms of the settlement and reducing it

20 to a writing.

21        The plaintiff, therefore, applies to this Honorable Court to vacate all currently set

22 dates with the expectation that the settlement will be consummated within the coming

23 sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all

24 parties to be filed.

25

26 Dated: April 6, 2021                       CENTER FOR DISABILITY ACCESS

27                                            By:    /s/Amanda Seabock
                                                    Amanda Seabock
28                                                  Attorney for Plaintiff

   Notice of Settlement              -1-                      5:20-CV-02162-JGB-KK